JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA RUIZ,<br><br>Plaintiff,<br><br>vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: CV 19-8254-DMG (JEMx)<br><br>**JUDGMENT [12]** |

  Pursuant to Plaintiff's acceptance of Defendant's offer of judgment, and good cause having been shown,

  IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

  Judgment is hereby entered against Defendant FCA US LLC in favor of Plaintiff, Diana Ruiz.

  Defendant FCA US LLC shall pay the sum of $20,850.00 to Plaintiff, Diana Ruiz, as the total amount to be paid by FCA US on account of any liability claimed in this action, with return of the subject vehicle (2016 Dodge Grand Caravan SE VIN: 2C4RDGBG4GR369152) by Plaintiff to FCA US, plus a sum equal to the aggregate

amount of costs and expenses, including attorney's fees based on actual time reasonably incurred in connection with the commencement and prosecution of this action pursuant to Civil Code Section 1794(d), to be determined by the Court.

All scheduled dates and deadlines are VACATED.

IT IS SO ORDERED.

DATED: November 8, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE